IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01107-WYD-MJW

MELVEN LIPS and
JULIEN LIPS,

Plaintiffs,

v.

SERGEANT JASON ANDERSON, in his individual and official capacities;
DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate Pre-Trial Conference Scheduled for August 12, 2013 (Docket No. 17) is DENIED.  The Pre-Trial Conference set for August 12, 2013 at 10:00 a.m. (set per the Amended Scheduling Order, Docket No. 64, in 12-cv-01103-WYD-MJW) will go forward as scheduled.  The Clerk is directed to set the Pre-Trial Conference in this matter.

Date: July 19, 2013