IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01107-WYD-MJW

MELVEN LIPS and
JULIEN LIPS,

Plaintiffs,

v.

DETECTIVE CESAR MADRIGAL, in his individual capacity,
SERGEANT STEVE CROUSHORE, in his individual and official capacities, and
DETECTIVE JOSEPH POLLACK, in his individual capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Restrict Access to Exhibits Containing Confidential Information (Docket No. 35) is GRANTED for good cause shown.  The Clerk is directed to place the following documents under Level 1 Restriction: Docket Nos. 36-1, 36-2, 36-3, and 36-4.

Date: September 12, 2013