IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01107-WYD-MJW

MELVEN LIPS and
JULIEN LIPS,

  Plaintiffs,

v.

DETECTIVE CESAR MADRIGAL, in his individual and official capacities;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual and official capacities.

  Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

  Defendants' Motion to Supplement Motion for Summary Judgment (ECF No. 42) is **GRANTED.**  Defendants may file an entirely renewed motion for summary judgment, which incorporates their statute of limitations argument.  However, because I need to review complete briefing on this issue (and all other issues related to summary judgment) along with hearing argument from both parties, I take no position at this time as to whether Defendants can properly raise a valid statute of limitations argument or whether this defense has been waived.  Accordingly, it is

  ORDERED that Defendants' motion for summary judgment (ECF No. 22) is **DENIED WITHOUT PREJUDICE** with leave to refile a renewed motion not later than **Friday, March 21, 2014.**  Plaintiffs shall respond not later than **April 21, 2014.**  Once this motion is filed, I will set an expedited hearing on the merits of the motion.

  Dated:  February 26, 2014