IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01107-WYD-MJW

MELVEN LIPS and
JULIEN LIPS,

      Plaintiffs,

v.

DETECTIVE CESAR MADRIGAL, in his individual capacity;
SERGEANT STEVE CROUSHORE, in his individual and official capacities; and
DETECTIVE JOSEPH POLLACK, in his individual capacity.

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Notice of Settlement and Stipulated Motion to Dismiss With Prejudice (ECF No. 49).  After carefully reviewing the file in the above-captioned case, I find that the motion should be granted and this matter dismissed with prejudice pursuant to Fed. R. Civ. 41.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 49) is **GRANTED.**  This matter is **DISMISSED WITH PREJUDICE** with each party to pay its respective costs and attorney fees.

Dated:  March 21, 2014

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Senior United States District Judge